HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PAVEL GOBERMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>NISTLER, et al.,<br><br>    Defendants. | CASE NO. C15-964 RBL<br><br>ORDER TERMINATING MOTION |

THIS MATTER is before the Court on Plaintiff Pavel Goberman's "Motion for Demand Chief Pechman Must Resign" [Dkt. # 10]  The filing is his third effort to force a judge to recuse or resign since he filed this case less than three months ago.

The "Motion" is baseless, and frivolous.

It is DENIED. Further filings of this nature may subject the plaintiff to sanctions, including the dismissal of his claim.

IT IS SO ORDERED.

Dated this 11th day of September, 2015.

Ronald B. Leighton
United States District Judge

ORDER TERMINATING MOTION - 1