HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAVEL GOBERMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN COLVIN, Commissioner of the Social Security Administration, et al.,<br><br>        Defendants. | CASE NO. C15-964 RBL<br><br>ORDER TO PROVIDE PROOF OF SERVICE OR TO SHOW CAUSE |

THIS MATTER is before the Court on its own Motion. Because there is no evidence in the record that this case has been properly served, the Court hereby orders plaintiff to provide proof of service or show cause by December 29, 2015, why this matter should not be dismissed for lack of prosecution.

At the time of filing this case, Fed. R. Civ. P. 4(m) required a defendant to be served within 120 days after a complaint is filed. Fed. R. Civ. P. 4(l) requires proof of service to be filed or made to the court. At this time, although the Complaint in this matter was filed on June 16, 2015, the record does not show that the Complaint has been properly served. *See* Dkt. 1.

Fed. R. Civ. P. 4(i) governs service with respect to complaints against the United States and against United States agencies, officers and employees. *See* Fed. R. Civ. P. 4(i); *see also*

*Villegas v. Astrue*, No. 12-cv-1585, U.S. Dist. LEXIS 55223 at *1-*2 (C.D. Cal. April 18, 2012) (unpublished opinion) (*citing* Fed. R. Civ. P. 41(b)).

Fed. R. Civ. P. 4(m) requires the court to provide notice to plaintiff before the matter may be dismissed for lack of prosecution, and Rule 4(i)(4) requires the court to allow a reasonable time for plaintiff to cure a failure to serve multiple entities, if plaintiff has effected service on either the United States attorney or the Attorney General of the United States.

Plaintiff is ordered to provide proof of service or show cause why this matter should not be dismissed for lack of prosecution by December 29, 2015. Failure to provide proof of service or show cause shall result in dismissal of this action.

IT IS SO ORDERED.

Dated this 15th day of December, 2015.

/s/ Ronald B. Leighton
Ronald B. Leighton
United States District Judge